Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**JOSE F. R.**

Civil No. 6:20-CV-01500-BR

Plaintiff,

vs.

**SUPPLEMENTAL ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

**Commissioner of Social Security Administration**,

Defendant.

_____

After considering the Stipulated Motion of the parties submitted herein, Supplemental Order hereby grants that Commissioner shall pay Plaintiff's attorney the sum of $3270.95 upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527

1 – SUPPLEMENTAL ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

(2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") for full settlement of all claims for fees under EAJA.

If Plaintiff has no such federal debt, payment of $3270.95 shall be made to Plaintiff's attorneys, Drew L. Johnson, P.C., and mailed to their office at 1700 Valley River Drive, Suite 100, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of August 4th, 2022

/s/ Anna J. Brown
U.S. Senior District Judge

PRESENTED BY:

By: /s/ SHERWOOD J. REESE
Sherwood J. Reese, OSB #144130
Of Drew L. Johnson, P.C.
Attorneys for Plaintiff